**IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

| Isidro Ramirez, Petitioner, Vs. DHS/ICE and DOJ, Respondents. | Case No._____ Petition for Writ of Mandamus. |
|---|---|

*RECEIVED AUG 2 7 2025 CLERK OF DISTRICT COURT SOUTHERN DISTRICT OF IOWA*

Petitioner Isidro Ramirez, Pro se, requests: 1) That the Immigration and Customs Enforcement immediately execute the Petitioners "Federal Detainer" for removal from the United States, in accordance with the new "Executive Order" signed by President Donald J. Trump.
And in support states the following:

1) Petitioner is a National of the country of Mexico and is an illegal alien.
2) Petitioner came illegally into the United States in 1996, and was convicted by an Iowa jury of felony crimes in the state of Iowa in 1998. Case No. **State of Iowa Vs. Isidro Ramirez FECR124452**.
3) Upon intake with the Iowa Department of Corrections, ICE agents visited Petitioner at the Polk County Jail in Des Moines, Iowa. Where the Petitioner signed the voluntary deportation documents on file with DHS/ICE. Immigration Detainer File No.           .
4) Currently, Petitioner is still incarcerated with the Iowa Department of Corrections, and is located at the Anamosa State Prison in Anamosa, Iowa - 406 North High Street - Anamosa, Iowa 52205.
5) On January 20, 2025 President Donald J. Trump signed an "Executive Order" directing DHS/ICE agents to locate and remove all criminal illegal aliens located in the United States.
6) Petitioner has been declared a burden to the American taxpayers by the Trump administration.

1

    The continued incarceration of the Petitioner in the United States significantly burdens the American taxpayers. The Petitioner is 47 years old and the costs associated with aging and health problems will only increase the taxpayers burden. By returning the Petitioner back to his country of origin, costs to American taxpayers can be focused on lawful citizens.

7) In January 22, 2025 Iowa Governor Kim Reynolds sent out an official "MEMO" to all of the Iowa Department of Corrections facilities directing them to assist and not to resist the Immigration and Customs Enforcement Agency when they show up to any institution to take custody of any illegal criminal alien, but to turn them over to DHS/ICE at their request. This official "MEMO" was sent to all staff in the IDOC and was posted on Iowa's government site where it is still posted.

8) A Federal District Court may grant a "Writ of Mandamus" only in extraordinary situations and only if **1)** the Petitioner can establish a clear and indisputable Right to the relief sought and **2)** the defendant has a nondiscretionary duty to honor that Right and **3)** the Petitioner has no other adequate remedy, **SDDS Inc. Vs. South Dakota (In re SDDS Inc.) 97 F.3d 1030, 1034 (8th Cir 1996).**

9) Under the "All Writs Clause" of the Constitution and **28 U.S.C. 1361** "The District Courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

10) Petitioner, through President Donald Trump's "Executive Order" – being an illegal criminal alien – has the Right to be deported from the United States under "Federal Law" and not be further detained without Due Process.

11) Agents of the United States (ICE, Homeland Security) have the "Indisputable Duty" to honor President Donald Trump's "Executive Order" under the U.S. Constitution and indeed are executing the

       Lawful and Legal Directive of President Trump's all over across the United States.
12) Petitioner, a criminal illegal alien, has no other adequate remedy available to him as he is unable to self-deport in compliance with federal, "Executive Authority."

Wherefore Petitioner respectfully prays that this Honorable Court orders the appropriate agencies to execute his "Federal Detainer Order" in effect since 1998, and ORDER the DHS/ICE agents to come to Anamosa State Prison and take custody of his person for removal from the United States back to Mexico, his country of origin.

Respectfully Submitted.

_[signature]_

Subscribed and sworn before me this _19_ day of _August_, 20_25_

_[signature]_
Notary Public

TODD WERLING
Commission Number 855387
My Commission Expires
4-15-27

3

Detainer

| Immigration and Naturalization Service | Immigration Detainer – Notice of Action |
|---|---|

| File No. A# |
|---|
| Date: 12-23-98 |

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| Warden<br>Iowa Medical & Classification Center<br>Oakdale, IA | U.S.I.&.N.S.<br>401 1st St. S.E., Ste. #300<br>Cedar Rapids, IA 52401 |

Name of alien: RAMIREZ-Colunga, Juan Isidro        Inmate # 0808394A -7

Date of birth: May 13, 1978    Nationality: Mexico    Sex: Male

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
   (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.
                                                                                      (Date)
☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling 319- 364-3280 during business hours or 1-888- 629-0859 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to 319- 364-3488.
                                                                                                    (Area code and facsimile number)
Return fax to the attention of ____Hoagland, D.M.____ at ____(319) 364-3280____
                              (Name of INS officer handling case)      (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

_____    Immigration Agent
(Signature of INS official)    (Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N

acknow
1-26-99
dmf

STATE OF IOWA

**THOMAS J. VILSACK**, Governor

**DEPARTMENT OF CORRECTIONS**
W. L. KAUTZKY, Director

**JOHN F. AULT**, Warden

### DETAINER ACTION LETTER & NOTIFICATION REQUESTS

**DATE:** JANUARY 26, 1999

**TO:** IMMIGRATION & NATURALIZATION SERVICES
401 1ST STREET, S.E.
CEDAR RAPIDS, IOWA 52406

**RE:** RAMIREZ, ISIDRO #808394A-7
aka: RAMIREZ-Colunga, Juan Isidro

The below checked paragraph relates to the above-named:

_____ This office is in receipt of the following report regarding the above-named inmate: _____. Will you please investigate this and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us.

**X** A detainer has been filed against this subject in your favor for: **POSSIBLE DEPORTATION, FILE #A76 722 604.** _____ Expiration of sentence is tentatively scheduled for **DEATH** _____; however, a release date could be determined by the Parole Board at anytime prior to that date. We will notify you approximately 30 days prior to the inmate's release.

_____ Enclosed is your detainer warrant. Your detainer against the above-named has been removed in compliance with your request.

_____ You have requested notification prior to the release of the above-named prisoner. Our records have been noted. Expiration of sentence at this time is _____; however, a parole or work release may be granted prior to that date.

_____ Other detainers presently against this subject are from and for: _____

_____ A detainer remains after the adjudication of charges:

Sentence Date _____
Crime _____
Sentence Length _____ CC or CS w/IA sentence _____
Disch. (if known) _____
Jurisdiction _____

_TBuscher_
Tamia Buscher, Public Service Supervisor

Copies to Counselor/C.R. Legal File
Inmate
Parole Board
Correctional Services Dept./Control Center

**ANAMOSA STATE PENITENTIARY**
**406 North High St./Box 10/ANAMOSA, IA 52205-0010**
Phone: 319/462-3504

Isidro Ramirez #0808394
406 North High St
Anamosa, Iowa 52205



X

Clerk of United States District Court
Southern District of Iowa
Des Moines Neal Smith Federal Building
210 Walnut St, Suite 455
Des Moines, IA 50309

Legal Mail