IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ISIDRO RAMIREZ, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Respondents. | No. 4:25-cv-00318-RGE-WPK <br><br><br> ORDER |

Now before the Court is Petitioner Isidro Ramirez's response to Respondents United States Immigration and Customs Enforcement and United States Department of Justice's motion to dismiss. Pet'r's Resp. Resp'ts' Mot. Dismiss, ECF No. 8. The response is dated January 26, 2026. *Id.* at 10. Ramirez's response was due January 22, 2026. *See* LR 7(e).

On January 23, 2026, the Court granted Respondents' motion, finding the Court is statutorily prohibited from granting Ramirez the relief he seeks. Order Granting Resp'ts' Mot. Dismiss, ECF No. 6.

Because this matter is closed, the Court takes no action on Ramirez's untimely response.

**IT IS SO ORDERED**.

Dated this 18th day of February, 2026.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE